ACCEPTED
03-14-00505-CV
4096336
THIRD COURT OF APPEALS
AUSTIN, TEXAS
2/10/2015 3:51:52 PM
JEFFREY D. KYLE
CLERK

CAUSE NO. 03-14-00505-CV

_____

FILED IN
3rd COURT OF APPEALS
AUSTIN, TEXAS
2/10/2015 3:51:52 PM
JEFFREY D. KYLE
Clerk

IN THE COURT OF APPEALS
FOR THE THIRD DISTRICT OF TEXAS
AUSTIN DIVISION

_____

| | |
|---|---|
| JERRY HOFROCK | § |
| | § |
| v. | § |
| | § |
| JUDY HORNSBY | § |

_____

NOTICE OF APPEARANCE AS LEAD APPELLATE COUNSEL

_____

Eric Stoebner
Texas Bar No. 24046919
Justin Bradford Smith
Texas Bar No. 24072348
Harrell, Stoebner, & Russell, P.C.
2106 Bird Creek Drive
Temple, Texas 76502
Phone: (254) 771-1855
FAX: (254) 771-2082
Email:  justin@templelawoffice.com

ATTORNEYS FOR APPELLEE

---

Notice of Appearance as Lead Appellate Counsel                          Page 1
*Hofrock v. Hornsby*; Cause No. 03-14-00505-CV

TO THE HONORABLE COURT OF APPEALS:

1.  The undersigned counsel hereby enters his appearance as lead appellate counsel for JUDY HORNSBY, Appellee.

2.  Notices may be served on lead appellate counsel via email at justin@templelawoffice.com.

Respectfully submitted:


/s/ Justin Bradford Smith

/s/ Eric Stoebner
Eric Stoebner
Texas Bar No. 24046919

Justin Bradford Smith
Texas Bar No. 24072348
Harrell, Stoebner, & Russell, P.C.
2106 Bird Creek Drive
Temple, Texas 76502
Phone: (254) 771-1855
FAX: (254) 771-2082
Email:  justin@templelawoffice.com

ATTORNEY FOR APPELLANT

## CERTIFICATE OF SERVICE

I hereby certify that, on February 10, 2015, a true and correct copy of the Appellee's Notice of Appearance as Lead Appellate Counsel was provided to counsel below via eservice:

Jerry Hofrock
1601 Eagle Wing
Cedar Park, Texas 78613
Email:  notebanker@gmail.com

/s/ Justin Bradford Smith
Justin Bradford Smith